# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**549**
**CA 16-01553**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, TROUTMAN, AND SCUDDER, JJ.

---

MERCURY CASUALTY COMPANY, AS SUBROGEE OF RANDY
LEE DOLAN, PLAINTIFF-APPELLANT,

V                                                                    ORDER

LUIS F. REYES, DEFENDANT-RESPONDENT.

---

THE LAW OFFICE OF JASON TENENBAUM, P.C., GARDEN CITY (JASON TENENBAUM
OF COUNSEL), FOR PLAINTIFF-APPELLANT.

RUPP BAASE PFALZGRAF CUNNINGHAM LLC, BUFFALO (JOHN R. CONDREN OF
COUNSEL), FOR DEFENDANT-RESPONDENT.

-------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (E.
Jeannette Ogden, J.), entered June 14, 2016.  The order denied
plaintiff's motion to vacate that portion of a prior order of the
court, granted on May 3, 2016, that awarded defendant costs and
attorneys' fees from the plaintiff in the amount of $1,215.00.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  April 28, 2017                        Frances E. Cafarell
                                                Clerk of the Court